MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
JEFFREY ALAN KOEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JEFFREY ALAN KOEHL,<br><br>     Defendant. | Case No. 2:26-cr-00095-JAM<br><br>STIPULATION AND [PROPOSED] ORDER TO VACATE PRELIMINARY HEARING AND SCHEDULE ARRAIGNMENT<br><br>Judge: Hon. Allison Claire<br>Date: June 16, 2026<br>Time: 2:00 PM |

Jeffrey Alan Koehl, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court vacating the preliminary hearing in this matter, scheduled for June 15, 2026 at 2:00 pm, and instead scheduling an arraignment for June 16, 2026 at 2:00 pm.

On June 11, 2026, the government obtained an Indictment against the defendant, thus a preliminary hearing is no longer authorized. *See* Fed. R. Crim. Proc. 5.1(a)(2). Instead, the parties request that the Court schedule an arraignment on the filed Indictment. *See* Docket No. 24.

The reason for the continuance to June 16 is due to a last-minute scheduling conflict arising with a matter defense counsel is assigned to in another courthouse. The government does not object to the continuance, and the defense will use the additional time to prepare for the hearing in this matter.

Stipulation to Continue Preliminary Hearing    -1-       *United States v. Koehl*

Dated: June 11, 2026                                Respectfully submitted,

                                                    */s/ Megan T. Hopkins*
                                                    MEGAN T. HOPKINS
                                                    Attorney for Defendant
                                                    JEFFREY ALAN KOEHL


                                                    ERIC GRANT
                                                    United States Attorney


DATED: June 11, 2026                                 */s/ Dhruv Sharma*
                                                    DHRUV SHARMA
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

Stipulation to Continue Preliminary Hearing        -2-                  *United States v. Koehl*

## [PROPOSED] O R D E R

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the preliminary hearing currently set for June 15, 2026 at 2:00 PM is vacated, and an initial appearance/arraignment is scheduled for June 16, 2026 at 2:00 PM.

Dated:  June 12, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE