MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
JEFFREY ALAN KOEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY ALAN KOEHL,<br>Defendant. | Case No. 2:26-cr-00095-JAM<br>**<u>FIRST</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br>Judge: Hon. John A. Mendez<br>Date: November 17, 2026<br>Time: 9:00 a.m. |

Jeffrey Alan Koehl, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court continuing the status conference scheduled for August 25, 2026 at 9:00 a.m. before the Honorable John A. Mendez to November 17, 2026, at 9:00 a.m.

The government's investigation is ongoing, and new discovery has been produced to the defense which the government represents that it will rely on in seeking a superseding indictment in this case. In the interest of reaching a potential resolution based upon the current indictment, the defense is undertaking to review the new discovery with Mr. Koehl prior to the next status conference. Due to Mr. Koehl being housed at the Taft pretrial detention facility, this review requires additional time by the defense. It is for this reason that the continuance to November 17, 2026, is requested. The government does not object to the continuance.

The parties further agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25,

2026 to November 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: August 10, 2026

Respectfully submitted,

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
JEFFREY ALAN KOEHL

ERIC GRANT
United States Attorney

DATED: August 10, 2026

*/s/ Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently set for August 25, 2026, at 9:00 a.m., is **CONTINUED** to **November 17, 2026, at 9:00 a.m.** Time is hereby **EXCLUDED** up to and including November 17, 2026, pursuant to Local Code T4.

Dated: August 11, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE