MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
JEFFREY ALAN KOEHL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ALAN KOEHL,<br><br>Defendant. | Case No. 2:26-cr-00095-JAM<br><br>**<u>SECOND</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Judge: Hon. John A. Mendez<br>Date: November 17, 2026<br>Time: 9:00 a.m. |

Jeffrey Alan Koehl, by and through his attorney of record, Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Dhruv Sharma, hereby stipulate to and request an order from this Court continuing the status conference scheduled for November 17, 2026 at 9:00 a.m. before the Honorable John A. Mendez to February 9, 2027, at 9:00 a.m.

The government's investigation is ongoing, and defense counsel has been advised that additional charges may be forthcoming. The defense is undertaking to review the body of discovery with Mr. Koehl prior to the next status conference, however he has been moved to a new detention facility that has not yet been disclosed to defense counsel, and so the review process has been halted temporarily. Additional time is needed to complete the review of discovery and to conduct investigation therefrom. It is for these reasons that the continuance to February 9, 2027, is requested. The government does not object to the continuance.

The parties further agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November

17, 2026 to February 9, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
JEFFREY ALAN KOEHL

ERIC GRANT
United States Attorney

DATED: November 2, 2026

*/s/ Dhruv Sharma*
DHRUV SHARMA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference currently set for November 17, 2026, at 9:00 a.m. is **CONTINUED** to **February 09, 2027, at 9:00 a.m.** Time is hereby **EXCLUDED** up to and including February 09, 2027, pursuant to Local Code T4.

Dated: November 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE